ROBERT S. SHWARTS (CA SBN 196803)
rshwarts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 619-3418
Facsimile: (415) 619-3505

ANGELA COLT (CA SBN 286275)
acolt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Attorneys for Defendant*
*Sony Interactive Entertainment LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANDREW GARCIA, EDWARD HEYCOCK, JASON MENDOZA, and JOHN SALINAS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SONY INTERACTIVE ENTERTAINMENT, LLC, and SONY CORPORATION OF AMERICA,

Defendants.

Case No. 3:26-cv-6016-VC

**DECLARATION OF MARC HORNE IN SUPPORT OF SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, OR ALTERNATIVELY, DISMISS COMPLAINT**

Hearing Date: October 1, 2026
Time: 10:00 a.m.
**Judge: Hon. Vince Chhabria**
**Courtroom: 3 – 17th Floor**

I, Marc Horne, declare as follows:

1. I am over the age of 18 and am not a party to this action. I am employed by Sony Interactive Entertainment LLC ("SIE"). By virtue of my job responsibilities, I have personal knowledge of the facts set forth below, except as to those facts set forth based upon information and belief and conversations I have had with SIE colleagues. As to those facts described herein that are not based on my personal knowledge, I believe them to be true. If called as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration in support of SIE's Motion to Compel Arbitration and Stay Proceedings, or in the Alternative, Dismiss Complaint.

3. I have been employed at SIE or its predecessor since 2012. My current title is Director of Product Management.

4. SIE is an entertainment and technology company. One of SIE's flagship products is the PlayStation console. Though originally a gaming console, through the years SIE has released additional versions of the PlayStation console with added functionalities such as the ability to watch movies, stream videos and music, and browse the Internet, among other activities. The original PlayStation console was released in Japan in 1994. Since then, SIE has released additional versions of the PlayStation console, including: the PlayStation 2 in 2000, the PlayStation 3 in 2006, the PlayStation 4 in 2013, and the PlayStation 5 in 2020.

5. Alongside developing its PlayStation line of consoles, SIE has also developed various PlayStation services, which can be accessed through SIE's online media distribution service that is available through the PlayStation 3, PlayStation 4, and PlayStation 5, as well as certain other Internet-connected devices. These PlayStation services include the PlayStation Store—a digital marketplace where users can search for and download paid or free games onto their PlayStation console—and PlayStation Plus—a paid subscription service through which subscribers receive benefits like exclusive PlayStation Store discounts, access to new games before their official release, and access to a periodically updated catalogue of games to play without additional cost.

6. To access the PlayStation Store and PlayStation Plus, as well as other PlayStation services, a user must have a PlayStation account.

**<u>PlayStation Accounts & Accompanying Terms</u>**

7. A PlayStation account is required to access PlayStation services, including playing games online and subscribing to PlayStation Plus. Users may create a PlayStation account via a PlayStation console or the PlayStation website accessible at https://www.playstation.com/en-us/your-account-for-playstation/. To create a PlayStation account, users must enter a user ID, verifiable e-mail address, and their birthdate.

8. On the PS5, the PlayStation Terms of Service ("PlayStation Terms") are accepted though a screen titled "Important Legal Documents." This screen instructs users to "[r]ead each document carefully." A user has access to the PlayStation Terms by clicking "PlayStation Terms of Service." This screen is presented to users as in the image below.




9. To proceed with signing up for a PlayStation account, a user must agree to the PlayStation Terms by checking a box labelled "I Agree" displayed on the "Important Legal Documents" screen. When a user selects the checkbox displayed on-screen, the following text appears: "By selecting [I Agree], you confirm that you understand and accept the terms of service and the user agreement on your behalf and on behalf of your child, and that the information you've

provided is accurate." The user may then check the "I Agree" box. Only by checking the checkbox "I Agree" does the "Confirm" button become available to select. This screen is presented to users as in the image below.




10. Unless the user agrees to the PlayStation Terms by clicking the on-screen box labelled "I Agree" and subsequently clicking the on-screen "Confirm" button, access to PlayStation services is denied and the account creation process is terminated.

11. From time to time, SIE updates the PlayStation Terms.

12. For certain updates, including those in April 2026 and August 2023, a user must again consent to and accept the PlayStation Terms for the user to maintain their access to PlayStation services. Failure to do so results in the user losing their access to PlayStation services unless and until the user accepts the updated PlayStation Terms.

13. The flow for the user to accept the updated PlayStation Terms is essentially the same as for the original account creation. Specifically, in order to proceed, a user must agree to the PlayStation Terms by checking a box labelled "I Agree" displayed on the "Important Changes To Our Legal Documents" screen as shown in the image below:




14. When a user selects the checkbox displayed on-screen, the following text appears: "By selecting [I Agree], you confirm that you understand and accept the terms of service and the user agreement on your behalf and on behalf of your child, and that the information you've provided is accurate." The user may then check the "I Agree" box, as shown in the image below:



15. Only by checking the checkbox "I Agree" does the "Confirm" button become available to select.

16. Unless the user agrees to the updated PlayStation Terms by clicking the on-screen box labelled "I Agree" and subsequently clicking the on-screen "Confirm" button, further access to PlayStation services is denied.

17. A true and correct copy of the most recent version (from April 2026) of the PlayStation Terms is attached hereto as **Exhibit A**.

18. Going back to 2011, the PlayStation Terms, including the current version, which was updated in April 2026, have contained a mandatory arbitration provision and a class action waiver, and each provides users the opportunity to opt out of that provision. Users who opt out may still set up and use their PlayStation accounts. There are no penalties for opting out of the class-action waiver or arbitration agreement. True and correct copies of the March 2025 and August 2023 PlayStation Terms are attached hereto as **Exhibits B** and **C** respectively.

**Software Product License Agreement**

19. A user with a PlayStation account can access the PlayStation Store through their PlayStation console, including their PS5, and also on a web browser. The PlayStation Store is a digital marketplace where users can search for and download paid or free games onto their PlayStation console. To obtain any product in the PlayStation Store, a user must have a PlayStation account and must have previously accepted the PlayStation Terms of Service.

20. When a user obtains a game or other software product through the PlayStation Store, the user must confirm the purchase by selecting a button labelled "Confirm Purchase." By selecting "Confirm Purchase," the user agrees to the terms of the Software Product License Agreement (the "Software Product License Agreement"). The Software Product License Agreement governs the use of PlayStation game software, including game software developed to operate on a PlayStation system and offered by any other publisher.

21. On the web, when a user selects a game to purchase from the PlayStation Store, the user is presented with a purchase confirmation screen. This screen displays the game title, price, and a "Confirm Purchase" button. Below the "Confirm Purchase" button, the following text

appears: “By selecting [Confirm Purchase], you agree to complete the purchase with the PlayStation Terms of Service before using this content. You further acknowledge that your purchase of this digital product amounts to a license subject to the Software Product License Agreement.” The words “PlayStation Terms of Service” and “Software Product License Agreement” are displayed in blue hyperlinked text that contrasts with the surrounding black text on the purchase confirmation screen. This screen is presented to users as in the image below.




22. The screen below shows the purchase confirmation screen for NBA 2K26.



23. The screen below shows the purchase confirmation screen for EA Sports Madden NFL 26.




24. Unless the user agrees to the PlayStation Terms of Service and Software Product License Agreement by selecting "Confirm Purchase," the purchase is not completed and the user cannot download or access the game.

25. A true and correct copy of the Software Product License Agreement in place at the time Plaintiff's alleged purchases is attached hereto as **Exhibit D**.

**Plaintiffs' PlayStation Accounts**

26. I understand from counsel for SIE that this action was brought by Plaintiffs Andrew Garcia, Edward Heycock, Jason Mendoza, and Johnny Salinas.

27. I also understand that counsel for Plaintiffs provided counsel for SIE with the online ID for the PlayStation accounts that Plaintiffs intend to use to support their claims.

***Andrew Garcia Account***

28. SIE's records reflect that the iSuedLeBronJames PlayStation account was created on November 11, 2020. The account creator for the iSuedLeBronJames account accepted the

PlayStation Terms on November 11, 2020. The account's creator created this PlayStation account using the name "Andrew Garcia."

29. As of when SIE last pulled account data, SIE's records reflected that Plaintiff Andrew Garcia, under iSuedLeBronJames, accepted the most recent PlayStation Terms on April 23, 2026 by clicking the on-screen box labelled "I Agree" and subsequently clicking the on-screen "Confirm" button on the Changes To Our Important Legal Documents screen.

30. SIE regularly maintains records in the ordinary course of its business of all PlayStation users who opt out of the PlayStation Terms' arbitration provision. SIE conducted a search and confirmed that they found no arbitration opt-out associated with Andrew Garcia or the iSuedLeBronJames account.

31. Plaintiff Andrew Garcia, under the user name iSuedLeBronJames, accepted the Software Product License Agreement on August 11, 2025 and on March 27, 2025 when Plaintiffs allege that Andrew Garcia obtained games.

32. A copy of the Software Product License Agreement in effect from March 27, 2025 through August 21, 2025—the dates that the iSuedLebronJames account accepted the Software Product License Agreement—is attached as **Exhibit D**.

***Edward Heycock Account***

33. SIE's records reflect that the unoriginality69 PlayStation account was created on December 23, 2012. The account creator for the unoriginality69 account accepted the PlayStation Terms on December 23, 2012. The account's creator created this PlayStation account using the name "Edward Heycock."

34. As of when SIE last pulled account data, SIE's records reflected that Plaintiff Edward Heycock, under unoriginality69, accepted the most recent PlayStation Terms on April 22, 2026 by clicking the on-screen box labelled "I Agree" and subsequently clicking the on-screen "Confirm" button on the Changes To Our Important Legal Documents screen.

35. SIE regularly maintains records in the ordinary course of its business of all PlayStation users who opt out of the PlayStation Terms' arbitration provision. SIE conducted a

search and confirmed that they found no arbitration opt-out associated with Edward Heycock or the unoriginality69 account.

36. Plaintiff Edward Heycock, under the username unoriginality69, accepted the Software Product License Agreement on February 25, 2026 when Plaintiffs allege that Edward Heycock obtained a game.

37. A copy of the Software Product License Agreement in effect on February 25, 2026—the date that the unoriginality69 account accepted the Software Product License Agreement—is attached as **Exhibit D**.

***Jason Mendoza Account***

38. SIE's records reflect that the KINGJASONRULES PlayStation account was created on January 15, 2011. The account creator for the KINGJASONRULES account accepted the PlayStation Terms on January 15, 2011. The account's creator created this PlayStation account using the name "Jason Mendoza."

39. As of when SIE last pulled account data, SIE's records reflected that Plaintiff Jason Mendoza, under KINGJASONRULES, accepted the most recent PlayStation Terms on April 23, 2026 by clicking the on-screen box labelled "I Agree" and subsequently clicking the on-screen "Confirm" button on the Changes To Our Important Legal Documents screen.

40. SIE regularly maintains records in the ordinary course of its business of all PlayStation users who opt out of the PlayStation Terms' arbitration provision. SIE conducted a search and confirmed that they found no arbitration opt-out associated with Jason Mendoza or the KINGJASONRULES account.

41. Plaintiff Jason Mendoza, under the username KINGJASONRULES, accepted the Software Product License Agreement on February 14, 2026 when Plaintiffs allege that Jason Mendoza obtained games.

42. A copy of the Software Product License Agreement in effect on February 14, 2026—the date that the KINGJASONRULES account accepted the Software Product License Agreement—is attached as **Exhibit D**.

***John Salinas Account***

43. SIE's records reflect that the bakajohnny PlayStation account was created on November 30, 2016. The account creator for the bakajohnny account accepted the PlayStation Terms on November 30, 2016. The account's creator created this PlayStation account using the name "Johnny Salinas."

44. As of when SIE last pulled account data, SIE's records reflected that Plaintiff John Salinas, under bakajohnny, accepted the most recent PlayStation Terms on April 23, 2026 by clicking the on-screen box labelled "I Agree" and subsequently clicking the on-screen "Confirm" button on the Changes To Our Important Legal Documents screen.

45. SIE regularly maintains records in the ordinary course of its business of all PlayStation users who opt out of the PlayStation Terms' arbitration provision. SIE conducted a search and confirmed that they found no arbitration opt-out associated with John Salinas or the bakajohnny account.

46. Plaintiff Johnny Salinas, under the username bakajohnny, accepted the Software Product License Agreement on January 2, 2026 when Plaintiffs allege that John Salinas obtained games.

47. A copy of the Software Product License Agreement in effect on January 2, 2026—the date that the bakajohnny account accepted the Software Product License Agreement—is attached as **Exhibit D**.

Executed this 21 day of August, 2026, in Carlsbad, CA.

Marc Horne