PAK HEINZ PLLC
Noah Heinz (Bar No. 368281)
Noah.Heinz@pakheinz.com
Albert Pak (Bar No. 361123)
Albert.Pak@pakheinz.com
20 F St. NW, 7th Floor
Washington, D.C. 20001
Telephone: (202) 505-6354

*Attorneys for Plaintiffs and all those similarly situated*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| Andrew Garcia, Edward Heycock, Jason Mendoza, and John Salinas, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Sony Interactive Entertainment, LLC<br><br>Defendant. | Case No. 3:26-cv-6016-VC<br><br>HEINZ DECLARATION IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION TO COMPEL ARBITRATION OR TO DISMISS<br><br>Hearing date: October 1, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Courtroom: 3 – 17 Fl. |

I, Noah Heinz, declare as follows:

1. I am a partner at the law firm Pak Heinz PLLC, attorneys for the Plaintiffs in this action.

2. I am an attorney in good standing in the state of California.

3. I am making this Declaration in support of Plaintiffs' Response In Opposition To Sony Interactive Entertainment LLC's Motion To Compel Arbitration Or To Dismiss.

4. I have personal knowledge of the facts set forth below. If called upon to do so, I can and will competently testify thereto.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the most current American Arbitration Association's Consumer Arbitration Rules, which I downloaded from the AAA's website.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the most current American Arbitration Association's Consumer Due Process Protocol, which I downloaded from the AAA's website.

7. On September 2, 2026, I printed as a PDF the American Arbitration Association's Consumer Clause Registry Home Page. I also searched the registry itself for "Sony," "Sony Interactive," and similar terms. I did not find any arbitration clause listed in AAA's public registry under those and similar search terms.

8. Attached hereto as **Exhibit 3** is a true and correct copy of the Consumer Clause Registry Home Page, as well as the results using the search "Sony" which shows no matches.

9. I also searched other companies, such as Netflix, to ensure that the search tool was functioning properly. When I searched "Netflix," I did find a match, because Netflix has registered their consumer arbitration clause with AAA.

10. On September 4, 2026, I downloaded the American Arbitration Association's Consumer and Employment Arbitration Statistics report. The description on the website stated that the report captures cases "within the last five years." The

report itself is a very large Excel file that is too long to practicably attach. The link to download the Excel file is as follows: https://www.adr.org/media/vsnp1qz4/consumerreport_q2_2026.xlsx.

11. The Excel report allows a user to sort by the names of the parties. Only one row on the report involved Sony Interactive Entertainment, LLC, and this row had the case id "012400092659."

12. This row had a blank for the "arbitrator name," and "appointment date," meaning no arbitrator was ever appointed.

13. The row also showed "$0" for "Total Fee" and "0%" for the fee allocation for both the consumer and business, meaning no arbitration fees were paid to the American Arbitration Association.

14. The row shows that the claim was "Withdrawn."

15. There were six other entries that appear to be Sony entities other than Sony Interactive Entertainment, LLC, and half of these six did have arbitrator appointments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 4, 2026

*/s/ Noah Heinz*
Noah Heinz