# Exhibit 3

AMERICAN ARBITRATION ASSOCIATION®

Welcome to Clause Registry

## Consumer Clause Registry

THIS IS THE CONSUMER CLAUSE REGISTRY HOME PAGE

The American Arbitration Association (AAA) maintains a publicly-available Consumer Clause Registry (Registry). The Registry was created to provide more access to information about the AAA's consumer arbitration services. The Registry contains a list of businesses that have submitted their consumer arbitration clauses with the AAA and where upon review the AAA has determined that the clause substantially and materially complies with the due process standards of the Consumer Due Process Protocol. By accessing the Registry, parties will be able to search businesses by name to determine if the AAA has reviewed their consumer arbitration clause and will administer their consumer arbitrations. If a business has not registered its consumer clause prior to the filing of a consumer case, the AAA will require that the business registers its clause at that time. In addition, the Registry will include on-line access to the arbitration clause reviewed by the AAA and may also include other documents related to the arbitration clause. For more information about the Consumer Clause Registry, please see R-12 of the Consumer Arbitration Rules.

For businesses that want to submit their consumer arbitration clause to the Registry, or to understand the process for registering a consumer arbitration clause, click on the Business Register a Consumer Arbitration Clause button below.

If you have questions regarding the Registry, please email the AAA at consumerreview@adr.org.

View Registered Consumer Arbitration Clauses

Businesses (1st Time Registration of this Business): Register your Consumer Arbitration Clause(s)

Businesses (Existing Registry User): Sign in

© 2026 American Arbitration Association

Consumer Clause Registry (version 5.5.0)

Contact Privacy Terms of Use Secure Case Administration Cookie Preferences

Follow AAA®

AMERICAN ARBITRATION ASSOCIATION®

Welcome to Clause Registry

# Search Registered Businesses

Back to Consumer Clause Registry Home Page

## Search Criteria

Search by business or affiliated business

sony

Sort Results by

Alphabetical (A-Z)

Search

**Search Results**

No data to display.

© 2026 American Arbitration Association

Consumer Clause Registry (version 5.5.0)

Contact Privacy Terms of Use Secure Case Administration Cookie Preferences

Follow AAA®