PAK HEINZ PLLC
Noah S. Heinz (SBN 368281)
noah.heinz@pakheinz.com
Albert Y. Pak (SBN 361123)
albert.pak@pakheinz.com
20 F Street NW, 7th Floor
Washington, DC 20001
Tel: 202-505-6350

*Attorneys for Plaintiffs and all those similarly situated*

Robert S. Shwarts (CA SBN 196803)
rshwarts@orrick.com
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 619-3418
Facsimile: (415) 619-3505

Angela Colt (CA SBN 286275)
acolt@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Attorneys for Defendant Sony Interactive Entertainment LLC*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

ANDREW GARCIA, EDWARD HEYCOCK, JASON MENDOZA, and JOHN SALINAS, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

SONY INTERACTIVE ENTERTAINMENT, LLC,

Defendant.

Case No.: 3:26-cv-06016-VC

**JOINT STIPULATION TO STAY INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

Hearing date: October 16, 2026
Time: 10:00 a.m.
Judge: Hon. Vince Chhabria
Courtroom: 3 – 17th Floor

Pursuant to Local Rule 7-12, Plaintiffs Andrew Garcia, Edward Heycock, Jason Mendoza, and John Salinas, together with Defendant Sony Interactive Entertainment, LLC, hereby jointly stipulate as follows:

1. Whereas Plaintiffs filed a putative class action complaint against Defendants in this Court on June 18, 2026, *see* ECF No. 1;
2. Whereas the Court scheduled the Initial Case Management Conference for September 17, 2026, with the Joint Case Management Statement due September 10, 2026, *see* ECF No. 3;
3. Whereas the Court reset the Initial Case Management Conference for October 16, 2026, at 10:00 a.m., and set October 9, 2026, as the deadline for the Joint Case Management Statement, *see* ECF No. 13;
4. Whereas Defendant filed a Motion to Compel Arbitration and Stay Proceedings, or Alternatively, Dismiss Complaint (the "Motion"), which was originally set for hearing on October 1, 2026, at 10:00 a.m., *see* ECF No. 17;
5. Whereas on September 29, 2026, the Court continued the hearing on the Motion from October 1, 2026, to October 29, 2026, at 10:00 a.m., *see* ECF No. 25;
6. Whereas if the Motion is granted, the Court may stay this action while the parties proceed with arbitration of their individual claims, and if the Motion is denied, the movant may seek appellate review, which would stay the proceedings in this Court;

7. Whereas the parties believe that good cause exists for a temporary stay of litigation deadlines in this matter, to conserve judicial and party resources until Defendant's Motion is resolved, including any appeals from this Court's ruling thereon;

8. Whereas the parties accordingly request that the Court stay the following currently scheduled deadlines and proceedings pending resolution of the Motion, including any appeals therefrom:

    a. the October 9, 2026 deadline to file the Joint Case Management Statement;

    b. the October 16, 2026 Initial Case Management Conference; and

    c. all other litigation deadlines and proceedings currently scheduled in this action.

For these reasons, IT IS HEREBY STIPULATED that all litigation deadlines in this matter should be STAYED pending this Court's resolution of Defendant's Motion, including any appeals resulting therefrom. Pursuant to Local Rule 7-12, a proposed order is appended hereto for the Court's review and signature. A supporting declaration addressing the requirements of Civil Local Rule 6-2 is submitted concurrently herewith.

Dated: October 8, 2026

**PAK HEINZ PLLC**

By: */s/ Noah Heinz**

Noah S. Heinz (SBN 368281)
noah.heinz@pakheinz.com
Albert Y. Pak (SBN 361123)
albert.pak@pakheinz.com
20 F Street NW, 7th Floor
Washington, DC 20001
Tel: 202-505-6350

*Attorneys for Plaintiffs*

Dated: October 8, 2026

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Robert S. Shwartz*

Robert S. Shwarts (CA SBN 196803)
rshwarts@orrick.com
405 Howard Street
San Francisco, California 94105
Telephone: (415) 619-3418
Facsimile: (415) 619-3505

Angela Colt (CA SBN 286275)
acolt@orrick.com
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC

*Pursuant to L.R. 5-1(i)(3), I , Noah Heinz, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Noah Heinz*
Noah Heinz